# Statement of Employee Income

Bighorn Travel LLC has no W-2 employees. All income is disbursed via owners' draw.

During 2021, Big Horn Travel LLC was inactive and had no revenue.

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING
2021 DEC 17 AM 11:06
TIM J. ELLIS, CLERK
BY
DEPUTY CLERK