RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
524 5TH AVE. SO.
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
|     DALE LEROY PAGE ) | |
|     RICHARD WILSON NEUHARDT ) | Case No. 21-20506 |
| ) | |
|     Debtor(s) ) | |

**NOTICE OF FAILURE TO APPEAR**

COMES NOW the Trustee and moves this Court to dismiss the debtors' Chapter Seven Petition in Bankruptcy. The debtors did not appear at the continued 341 Creditor's Hearing scheduled for February 22, 2022 at 10:00 a.m.

DATED: March 1, 2022

<u>/s/ Randy L. Royal</u>, Trustee in Bankruptcy

RLR/cdc
Notice of Failure to Appear

RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
524 5TH AVE. SO.
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:                                         )
    DALE LEROY PAGE                      )
    RICHARD WILSON NEUHARDT      )     Case No. 21-20506
                                                    )
        Debtor(s)                   )

**CERTIFICATE OF SERVICE**

     I, Randy L. Royal, do hereby certify that a copy of the NOTICE OF FAILURE TO APPEAR was served on the following parties on March 1, 2022 as indicated below. The electronic notice will be done by the U.S. Bankruptcy Clerk.

Via: United States Mail:
Dale Page
Richard Neuhardt
1702 31st St.
Cody, WY 82414

Via: Electronic Notice:
U.S. Trustee's Office

                                   /s/ Randy L. Royal, Trustee in Bankruptcy