RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| DALE LEROY PAGE | ) | |
| RICHARD WILSON NEUHARDT | ) | Case No. 21-20506 |
| | ) | |
| Debtor(s) | ) | |

**WITHDRAWAL OF NOTICE OF FAILURE TO APPEAR**

COMES NOW the Trustee and withdraws the Notice of Failure to Appear filed on

March 1, 2022 (D.E. 19).  A continued/rescheduled 341 meeting will be held on March 29,

2022, at 10:00 a.m via Zoom.

DATED:       March 8, 2022

/s/ Randy L. Royal, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I, Randy L. Royal, Trustee, do hereby certify that a copy of the foregoing
**WITHDRAWAL OF NOTICE OF FAILURE TO APPEAR** was served on the following parties
on March 8, 2022 as indicated below.  The electronic notice will be done by the U.S.
Bankruptcy Clerk.

Via: United States Mail:
Dale Page
Richard Neuhardt
1702 31st St.
Cody, WY 82414

Via: Electronic Notice:

/s/ Randy L. Royal, Chapter 7 Trustee

RLR\cdc
Word-withdrawal