IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In re:

DALE LEROY PAGE
RICHARD WILSON NEUHARDT,

     Debtors.

Case No. 21-20506
Chapter 7

FILED

10:15 am, 6/27/22

Tim J. Ellis
Clerk of Court

NOTICE OF NO FURTHER ACTION

     THIS MATTER comes before the Court on a Letter from Debtors filed on June 15, 2022 (ECF No. 32).  The Letter is not in the form of a motion or adversary complaint but requests (i) the court advise Bridgecrest Financial, a creditor, it has no claim against Debtors post-discharge, and (ii) Bridgecrest be enjoined from any contact about such debt in the future.  Since the attachment to Debtors' letter is Bridgecrest's notice of disposition of surrendered collateral that states in the event of receipt of a bankruptcy discharge the notice is for information purposes only and is not an attempt to collect a debt, the court will take no further action on this matter.

     Accordingly, NOTICE IS HEREBY GIVEN no further action will occur with respect to the Letter.

BY THE COURT

*Cathleen D Parker*     6/27/2022
_____
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming